UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HOWARD ACKERMAN, | Case No. 2:14-cv-00019-GMN-PAL |
| Plaintiff, | ORDER |
| v. | (Mtn to Enlarge Time – Dkt. ##18, 19, 21) |
| STATE OF NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

This matter is before the court on Plaintiff Howard Ackerman's Motion for Enlargement of Time (Dkt. ##18, 19, 21) filed September 24 and 25, 2014, and October 30, 2014, respectively. Defendants filed a Non-Opposition to the first two Motions. The court has considered the Motions and the Non-Opposition.

In an Order (Dkt. #10), the court granted Plaintiff's former counsel's Motion to Withdraw (Dkt. #8) and gave Plaintiff until July 31, 2014, in which to retain new counsel or file a statement that he would proceed pro se. On July 17, 2014, Plaintiff requested additional time in which to retain counsel. *See* Motion (Dkt. #12). The court granted the request in an Order (Dkt. #13) entered July 23, 2014, and gave Plaintiff until September 30, 2014, in which to retain counsel or file a statement that he would proceed pro se.

Plaintiff's Motions represent that on September 15, 2014, he contacted attorney Jeffrey Pitegoff about possible representation. Mr. Pitegoff told Plaintiff he needed time to review the case. On October 30, 2014, Mr. Pitegoff told Plaintiff he needs additional time to review the voluminous files in this case before he could determine whether to represent Plaintiff. Plaintiff therefore requests an additional thirty days to either retain counsel or file a statement that he will proceed pro se.

The court finds Plaintiff has stated good cause to grant the requested extension of time, as it appears Plaintiff has diligently been attempting to retain substitute counsel and comply with the court's previous Orders. Plaintiff is admonished, however, not to file multiple requests for the same relief. Filing multiple documents requesting the same relief unnecessarily multiplies these proceedings for the parties and the court.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motions for Enlargement of Time (Dkt. #18, 19, 21) are GRANTED. Plaintiff shall have until **December 1, 2014**, in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules or file a statement that he will proceed pro se.

2. Failure to comply with this order may result in a recommendation to the district judge for sanctions, including case-dispositive sanctions.

Dated this 30th day of October, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE