1  ADAM PAUL LAXALT
   Attorney General
2  MICHELINE N. FAIRBANK
   Senior Deputy Attorney General
3  Nevada Bar No. 8062
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel: 775-684-1196
6  Fax:  775-684-1275
   Email: mfairbank@ag.nv.gov
7
   *Attorneys for Defendants Catherine Cortez Masto,*
8  *Gregory Cox, Ross Miller, Nevada Department*
   *Of Corrections, and Brian Sandoval*
9

10              **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12  HOWARD ACKERMAN,                     Case No.  2:14-cv-00019-GMN-PAL

13                        Plaintiff,    **DEFENDANTS' UNOPPOSED MOTION FOR
                                        ENLARGEMENT OF TIME TO FILE JOINT**
14  v.                                         **STATUS REPORT**

15  STATE OF NEVADA DEPARTMENT OF
    CORRECTIONS, et al.
16
                          Defendants.
17

18       Defendants, Catherine Cortez Masto, Gregory Cox, Ross Miller, Nevada Department of

19  Corrections, and Brian Sandoval, by and through counsel, Adam Paul Laxalt, Attorney General

20  of the State of Nevada, and Micheline N. Fairbank, Senior Deputy Attorney General, hereby

21  move for an enlargement of time to submit a Joint Status Report pursuant to Court Order

22  (#25)[1].   This Motion is made pursuant to Fed. R. Civ. P. 6(b)(1)(B) and supported by the

23  following memorandum of points and authorities.

24              **MEMORANDUM OF POINTS AND AUTHORITIES**

25  **I.    INTRODUCTION AND FACTUAL SUMMARY**

26       On July 10, 2015, this Court issued an order requiring the parties to submit a Joint

27  Status Report notifying the Court of the status of this matter.  (#25)  As there has been no

28

_____
[1] This number refers to the Court's docket number.

1

1  initiation of any prosecution by Plaintiff in this action since Plaintiff submitted his Notice to

2  Proceed Pro Se (#24), Defense counsel anticipated that Plaintiff would initiate contact with

3  Defendants upon receipt of the Court's Order (#25) prior to the July 20, 2015, deadline.

4  Additionally, counsel for Defendants was absent from her office on July 14th, 16th-20th. Upon

5  counsel's return, there was no correspondence or communication from Plaintiff regarding this

6  Court's Order (#25).  As such, on July 22, 2015, counsel for Defendants' was able to have a

7  telephone conference with Plaintiff regarding this Court's Order.   During that phone

8  conference, Plaintiff expressed an interest in engaging in informal settlement discussions.

9  Based upon that interest, counsel for Defendants indicated that informal settlement

10  discussions could take place.   Plaintiff requested that the parties seek a sixty day

11  enlargement of time to file a Joint Status Report where the parties could then inform the Court

12  whether those communications were successful.

13      Accordingly, Defendants herby move the Court for a sixty-day enlargement of time to

14  submit a Joint Status Report.

15  **II.    DISCUSSION**

16      Pursuant to Fed. R. Civ. P. 6(b)(1)(B), the Court may extend the time upon which an

17  act must be done "on motion made after the time has expired if the party failed to act because

18  of excusable neglect."   Here, Defendants assert that due to the inadvertence and oversight,

19  the deadlines set by the Court in its Order were inadvertently missed due to travel out of the

20  office for other matters; accordingly, the deadline for the Acceptance of Service passed

21  without Defendants taking appropriate action.

22      The United States Supreme Court has interpreted the term excusable neglect under

23  the rules governing bankruptcy proceedings to "encompass both simple, faultless omissions

24  to act and, more commonly, omissions caused by carelessness."  *Pioneer Inv. Services Co. v.*

25  *Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 388 (1993).  In *Committee for Idaho's*

26  *High Desert, Inc. v. Yost*, 92 F.3d 814 (9th Cir. 1996), the Ninth Circuit extended the *Pioneer*,

27  analysis of excusable neglect to Fed. R. Civ. P. 6(b).

28      Here, the Court issued its Order directing the parties to submit a Joint Status Report on

1  July 10, 2015 (#25).  Plaintiff represents that he did not receive a copy of this Court's Order.

2  Counsel for Defendants was absent from her office three out of the six business days which

3  the parties had to meet and confer and has been engaged in trial preparations for a matter

4  commencing on July 23, 2015.  As Plaintiff did not initiate contact, Defendants' then sought to

5  contact and communicate with Plaintiff.   However, due to inadvertence and excusable

6  neglect, these matters were not resolved prior to the July 20, 2015, deadline for filing the Joint

7  Status Report.

8         However, the parties have conferred and have agreed to initiate informal settlement

9  communications.   And pursuant to Plaintiff's request, Defendants hereby seek a sixty day

10  enlargement of time to permit the parties to engage in these informal communications and

11  then file a Joint Status Report identifying whether such communications were effective or

12  whether the parties are prepared to proceed with the action.

13  **III.    CONCLUSION**

14         Based upon the foregoing, Defendants' respectfully request a sixty day enlargement of

15  time, up to and including, **September 18, 2015**, to file the Joint Status Report.

16         DATED this 22nd day of July, 2014.

17                                    ADAM PAUL LAXALT
                                      Attorney General
18

19                                    By: _Micheline N. Fairbank_
20                                       MICHELINE N. FAIRBANK
                                         Senior Deputy Attorney General
21                                       Bureau of Litigation
                                         Public Safety Division
22                                       *Attorney for Defendants*

23  **IT IS SO ORDERED.**

24

25  _____
    Gloria M. Navarro, Chief Judge
26  United States District Court

27  **DATED:**  07/30/2015.

28

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

3

## CERTIFICATE OF SERVICE

I certify I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of July, 2015, I caused to be deposited for mailing a copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**, addressed as follows:

Howard Ackerman
7500 W. Lake Mead #260
Las Vegas, NV 89128

An Employee of the Office of
The Attorney General